IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE AMIDON, | : | Civil No. 1:18-CV-02138 |
| Plaintiff, | : | |
| v. | : | **FILED**<br>HARRISBURG, PA |
| THE GOODYEAR TIRE & RUBBER COMPANY and GOODYEAR COMMERCIAL TIRE AND SERVICE CENTER #078, | : | SEP 20 2021<br>PER ____<br>DEPUTY CLERK |
| Defendants. | : | Judge Jennifer P. Wilson |

## VERDICT FORM

1. Was the negligence of Goodyear a factual cause of any of the following harms to Shane Amidon?

    a. Mild traumatic brain injury/concussion          Yes _X_    No ___

    b. Post-concussion syndrome with mixed
       anxiety and depressed mood                      Yes _X_    No ___

    c. Post-traumatic stress disorder                  Yes _X_    No ___

    d. Cervical spine sprain/strain                    Yes _X_    No ___

    e. Left shoulder posterior instability with
       posterior labral tear                           Yes ___    No _X_

    f. Left knee sprain/strain                         Yes ___    No _X_

*If your answers to all of Question 1's subparts are "No," Plaintiff cannot recover. You should not answer any further questions and should return to the courtroom.*

*If your answers to any of Question 1's subparts are "Yes," proceed to Question 2.*

2. State the amount of damages, if any, sustained by Shane Amidon as a result of the negligence of Goodyear.

| | |
|---|---|
| Future medical expenses in a lump sum | $ 270,000 |
| Past loss of earnings in a lump sum | $ 37,922 |
| Future loss of earnings in a lump sum | $ 955,365 |
| Past noneconomic* loss in a lump sum | $ 50,000 |
| Future noneconomic* loss in a lump sum | $ 0 |
| Future Incidental Costs | $ 0 |

(*physical and mental pain and suffering; embarrassment and humiliation; loss of enjoyment of life; and disfigurement)

Sign and date this form and return to the courtroom.

_____          9-20-21
Foreperson                                    Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE AMIDON, | : | Civil No. 1:18-CV-02138 |
| Plaintiff, | : | |
| v. | : | FILED<br>HARRISBURG, PA |
| THE GOODYEAR TIRE & RUBBER COMPANY and GOODYEAR COMMERCIAL TIRE AND SERVICE CENTER #078, | : | SEP 20 2021<br>PER ____<br>DEPUTY CLERK |
| Defendants. | : | Judge Jennifer P. Wilson |

## VERDICT FORM (Part 2)

1. Is Shane Amidon entitled to an award of punitive damages against Goodyear?

   Yes _____        No ___X___

*Sign and date this form and return to the courtroom.*



Foreperson

9-20-21
Date