AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| SHANE AMIDON ) |  |
| *Plaintiff* ) |  |
| v. ) | Civil Action No. 1:18-CV-02138 |
| GOODYEAR TIRE & RUBBER COMPANY, ET AL ) |  |
| *Defendant* ) |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in favor of Plaintiff Shane Amidon and against Defendants in the amount of $270,000 for future medical expenses, $37,922 for past loss of earnings, $955,365 for future loss of earnings, $50,000 for pas nonecomonic loss for a total of $1,313,287.

This action was *(check one)*:

☑ **tried by a jury with Judge** Jennifer P. Wilson presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: September 20, 2021

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*